IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hallmann, Jeffrey L

Printed: 7/29/08

Case Number: 06 B 00625
Judge: Goldgar, A. Benjamin
Filed: 1/25/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 17, 2008
Confirmed: April 25, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 14,725.00 |  |
| Secured: |  | 12,637.36 |
| Unsecured: |  | 0.00 |
| Priority: |  | 1,326.63 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 761.01 |
| Other Funds: |  | 0.00 |
| Totals: | 14,725.00 | 14,725.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 10,945.59 | 7,920.75 |
| 3. | Washington Mutual Bank FA | Secured | 25,429.33 | 4,716.61 |
| 4. | Illinois Dept of Revenue | Priority | 4,616.47 | 342.55 |
| 5. | Internal Revenue Service | Priority | 4,679.94 | 984.08 |
| 6. | Internal Revenue Service | Unsecured | 4,307.82 | 0.00 |
| 7. | Wells Fargo Fin Acceptance | Unsecured | 2,677.01 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 279.44 | 0.00 |
| 9. | CACV Inc | Unsecured | 908.26 | 0.00 |
| 10. | Home Depot | Unsecured |  | No Claim Filed |
| 11. | Menards | Unsecured |  | No Claim Filed |
|  |  |  | $ 53,843.86 | $ 13,963.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 136.12 |
| 5% | 108.75 |
| 4.8% | 223.19 |
| 5.4% | 292.95 |
|  | $ 761.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hallmann, Jeffrey L | Case Number:  06 B 00625 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  7/29/08 | Filed:  1/25/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

